[No. 17753.   Department One.   February 10, 1923.]

FRED G. MORSE, *Respondent,* v. F. L. SHEEHAN *et al., Appellants.*[1]

Appeal from a judgment of the superior court for King county, Sessions, J., entered April 17, 1922, upon the verdict of a jury rendered in favor of the plaintiff, in an action in tort. Affirmed.

*Roberts & Skeel* and *Frank A. Steele,* for appellants.
*McClure & McClure,* for respondent.

PER CURIAM.—The assignment of error most seriously argued by the appellants is that the amount of the verdict in this personal injury action should have been reduced.

From the record, we are satisfied that, while the amount awarded by the jury is substantial, it is not excessive, and the judgment is therefore affirmed.

[1]Reported in 212 Pac. 1119.